UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

VINCENT EDWARDS                                                                  PLAINTIFF

VS.                                                CIVIL ACTION NO. 1:17-cv-131-DMB-DAS

THE CITY OF TUPELO, MISSISSIPPI; LEE COUNTY,
MISSISSIPPI; RAMIERRE WARREN; JOHN DOES,
1-5; AND JOHN DOE CORPORATIONS, 1-5                                         DEFENDANTS

ORDER SEALING EXHIBIT TO DOCUMENT 157

The Court has been advised that counsel for the City of Tupelo, Mississippi inadvertently allowed Exhibit A to document 157, "Rebuttal in Opposition to Plaintiff's Response to Tupelo, Mississippi's Motion to Strike the Supplemental Declaration of Halbert E. Dockins, Jr." (Doc. #: 157-1) to be filed without redacting a social security number listed on an arrest report, and that Tupelo has now filed a Motion to have that exhibit sealed. The Court is of the opinion that the Motion is well taken and should be granted. It is therefore,

ORDERED that the Exhibit A to "Rebuttal in Opposition to Plaintiff's Response to Tupelo, Mississippi's Motion to Strike the Supplemental Declaration of Halbert E. Dockins, Jr." (Doc. #: 157-1) is hereby sealed.

SO ORDERED: June 23rd, 2020.

/s/ David A. Sanders
UNTIED STATES MAGISTRATE JUDGE

2642849